THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

| | |
|---|---|
| MR. MORTON AND MRS. KIM COLLINS, <br><br> Plaintiffs, <br><br> v. <br><br> MERCURY LINCOLN FORD CUSTOMER RELATIONS DEPT., *et al.* <br> Defendants. | ) Case No.: _____ <br> ) <br> ) <br> ) Judge: _____ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **Corporate Disclosure Statement** <br> ) |

    Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b): Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

    In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Defendant Ford Motor Credit Company LLC("Ford Credit"), improperly styled above as Mercury Lincoln Ford Customer Relations Dept. and Mazda American Credit Customer Relations Dept._____.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
   \_\_X\_\_ Yes  _____ No.

   If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

   > Defendant Ford Motor Credit Company LLC is a wholly owned subsidiary of Ford Holdings, LLC. Ford Holdings, LLC, is a wholly owned subsidiary of Ford Motor Company, a publicly held company.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? \_\_X\_\_ Yes  _____ No.

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

   > See above.

s/Brett K. Bacon_____  October 25, 2012_____

(Signature of Counsel)  (Date)

**CERTIFICATE OF SERVICE**

The foregoing *Corporate Disclosure Statement* was electronically filed with the Court on this 25th day of October 2011.  Notice of this filing will be sent to all parties listed on the Court's electronic filing system.  Notice of this filing was likewise sent on October 25, 2012, by regular U.S. mail, to:

>Mr. Morton Collins
>Mrs. Kim Collins
>2205 East 39th Street
>Cleveland, Ohio 44115
>
>*Plaintiffs*

>/s/ Brett K. Bacon
>*Attorney for Defendant*