Dowd, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Morton Collins | ) | CASE NO. 5:12 CV 2677 |
| Kim Collins, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | **JUDGMENT ENTRY** |
| v. | ) | |
| | ) | |
| Ford Motor Credit Company, LLC, *et al.*, | ) | |
| | ) | |
| Defendant(s). | ) | |

For the reasons contained in the Memorandum Opinion and Order filed contemporaneously herewith, it is HEREBY ORDERED, ADJUDGED AND DECREED that this case is Morton Collins Motion for Default and Summary Judgment is DENIED;

IT IS FURTHER HEREBY ORDERED ADJUDGED AND DECREED that this case DISMISSED.

The Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

The Clerk is directed to mail a copy of this Judgment Entry to:

Mr. Morton Collins
Mrs. Kim Collins
2205 East 39th Street
Cleveland, Ohio 44115

Mr. Morton Collins
Mrs. Kim Collins
6500 Black Road
Bellville, Ohio 44813

Mr. Morton Collins
Mrs. Kim Collins
11919 East Kansas, Apt. K
Aurora, Colorado 80012

IT IS SO ORDERED.

<u>November 15, 2012</u>                                <u>s/David D. Dowd, Jr.</u>
Date                                                              David D. Dowd, Jr.
                                                                      U.S. District Judge